IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civill Case No.  94-cv-182-RPM

LARRY WAYNE WHITE,

       Petitioner,

v.

LOU A. HESSE, Supt. CCF. and/or
JOE ORTIZ, Exec. Dir. CDOC,

       Respondents.

_____

ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS
_____

      Larry White previously sought habeas corpus relief in this case pursuant to 28 U.S.C. § 2254 and on June 3, 1994, the petition was dismissed pursuant to an order of dismissal and a judgment entered on that date.  On June 17, 2005, Mr. White filed a successive Application for a Writ of Habeas Corpus without obtaining the necessary authorization from the Tenth Circuit.   It is therefore

      ORDERED that the Clerk of this court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

      DATED: July 21st, 2005

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Judge

Case Number:   94-M-182

I certify that I mailed a copy of the attached to the following:

Office of the Attorney General
1525 Sherman St., 7th Floor
Denve,r CO 80203

Dated:  July 21, 2005                    Gregory C Langham, Clerk

                                                          s/Leslie A. Martin
                                       By:_____
                                                     Deputy