IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 94-cv-00182-RPM

LARRY WAYNE WHITE,

       Applicant,

v.

LOU A. HESSE, Supt. CCF, and/or
JOE ORTIZ, Exec. Dir. CDOC,

       Respondents.

ORDER DENYING CERTIFICATE OF APPEALABILITY

Matsch, Judge

       Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

       ORDERED that a certificate of appealability will not be issued.

       DATED at Denver, Colorado this 11th day of January, 2006.

       BY THE COURT:

       s/Richard P. Matsch

       JUDGE, UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLORADO