## United States Court of Appeals for the Tenth Circuit
### OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 9 2006

GREGORY C. LANGHAM
CLERK

January 19, 2006

Mr. Larry White
Colorado State Penitentiary
#43440
P.O. Box 777
Canon City, CO 81215-0777

Mr. John W. Suthers
Attorney General
State of Colorado
Department of Law
1525 Sherman Street, 5th Floor
Denver, CO 80203

    Re:    05-1562, White v. Hesse
           Dist/Ag docket: 94-M-182

Dear Counsel and Petitioner:

Enclosed is a copy of an order entered today in this case.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By:
    Deputy Clerk

clk:klp

cc:
    Gregory C. Langham, Clerk ✓
    Larry White
    John W. Suthers, Attorney General

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

LARRY WHITE,

    Petitioner,

v.

LOU A. HESSE, Supt. CCF, et al.,

    Respondents.

No. 05-1562

A true copy
Teste

Elisabeth A. Shumaker
Clerk, U.S. Court of
Appeals, Tenth Circuit
By _____
Deputy Clerk

ORDER

Filed January 19, 2006

Before **KELLY**, **BRISCOE**, and **MURPHY**, Circuit Judges.

The petitioner has filed a "Petition for Permission to Appeal Pursuant to F.R.A.P. 5" in which he seeks review of the denial of a habeas petition entered by the district court in 1994, and the subsequent denial of a Fed. R. Civ. P. 60(b) motion. He also requests this court to take judicial notice of certain documents.

The petition is without merit and is **DENIED**. The motion to take judicial notice is also **DENIED**.

This matter is **DISMISSED**.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: *[signature]*
Ellen Rich Reiter
Deputy Clerk/Jurisdictional Attorney

2