# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

March 6, 2006

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 7 2006

GREGORY C. LANGHAM
CLERK

Mr. Larry Wayne White
Fremont Correctional Facility
#43440
P.O. Box 999
Canon City, CO 81215-0999

Mr. John W. Suthers
Attorney General
State of Colorado
Department of Law
1525 Sherman Street, 5th Floor
Denver, CO 80203

    Re:    06-1022, White v. Hesse
             Dist/Ag docket:  94-cv-182-RPM

Dear Counsel and Petitioner:

    Enclosed is a copy of an order entered today in this case.

    Please contact this office if you have questions.

                              Sincerely,

                              Elisabeth A. Shumaker
                              Clerk, Court of Appeals

                        By:
                              Deputy Clerk

clk:klp

cc:
       Gregory C. Langham, Clerk

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

| | |
|---|---|
| LARRY WAYNE WHITE,<br><br>  Petitioner,<br><br>v.<br><br>LOU A. HESSE, Warden; JOHN W. SUTHERS, Attorney General of the State of Colorado,<br><br>  Respondents. | No. 06-1022<br><br>A true copy<br>Teste<br>Elisabeth A. Shumaker<br>Clerk, U.S. Court of<br>Appeals, Tenth Circuit<br>By<br>Deputy Clerk |

ORDER

Filed March 6, 2006

The district court transferred the movant's successive petition filed pursuant to 28 U.S.C. § 2254 to this court for authorization to file such a motion. *See* 28 U.S.C. § 2244(a)(3)(A); *Coleman v. United States*, 106 F.3d 339, 341 (1997).

The movant was notified by this court on January 18, 2006 that he had 30 days in which to file in this court a proper motion for permission to file a second § 2254 petition. He was also informed that failure to file such a motion in this court would result in an order from this court denying authorization to file the underlying petition in the district court. *See* 106 F.3d at 341.

The movant has failed to file a proper motion for permission to file another § 2254 petition. Accordingly, this matter is **DISMISSED**.

> Entered for the Court
> ELISABETH A. SHUMAKER, Clerk
>
> by: *[signature]*
> Ellen Rich Reiter
> Deputy Clerk/Jurisdictional Attorney